

SEALED

BY ORDER OF THE COURT

ORIGINAL

FLORENCE T. NAKAKUNI   2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA 2556
Chief, Drug and Organized
Crime Section

CHRIS A. THOMAS        3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 03 2011

at 4 o'clock and 47 min p M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 11 - 01018 SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 11- |
| Plaintiff, | INDICTMENT |
| vs. | [Title 18 U.S.C. §§ 1028A and 1343] |
| ROBERT HENGEL, and      (01)<br>SHANE DIEGHAN,          (02) | |
| Defendant. | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

**BACKGROUND**

1.   Pacific Sun Wear is a clothing company which

operates stores through the United States, including one store

which is located within the Kahala Mall, in Honolulu, Hawaii.

2. In 2007, Pacific Sun Wear offered in store credit cards to qualified applicants.

3. These in store credit cards were issued by World Financial Network National Bank ("WFNNB").

4. When an applicant requested an in store Pacific Sun Wear credit card, the applicant's relevant personal identification information was sent via wire communication to a facility located in Columbus, Ohio, where the applicant's credit worthiness was evaluated.

5. When an applicant was approved for an in store Pacific Sun Wear credit card, approval is sent via wire communication from the facility located in Columbus, Ohio, to the Pacific Sun Wear store where the application was made.

## SCHEME TO DEFRAUD

6. From November 2006, continuing to on or about February 13, 2007, in the District of Hawaii and elsewhere, the defendants:

**ROBERT HENGEL, and**
**SHANE DIEGHAN,**

(hereinafter "the defendants") together with Marcus Mesina and Leticia Pitts, who are not named as defendants in this Indictment, and others known and unknown to the grand jury, did devise a scheme and artifice to defraud and obtain money and

2

property by means of material false and fraudulent pretenses, representations and promises.

7. On February 13, 2007, with the knowledge and/or consent of the defendants, Leticia Pitts, applied for an in store Pacific Sun Wear credit card under the name "E.H." and with the personal identification information of "E.H." at the Pacific Sun Wear store located in Kahala Mall, Honolulu, Hawaii, in the District of Hawaii.

8. Leticia Pitts, did not have permission or authorization from "E.H." to use the identity and the personal identification information of "E.H."

9. The personal identification information of "E.H." was illegally acquired in November 2006, by ROBERT HENGEL and provided to Marcus Mesina and SHANE DIEGHAN, who then shared the information with Leticia Pitts.

10. On February 13, 2007, the WFNNB approved the in store Pacific Sun Wear extension of credit to the Leticia Pitts, under the name "E.H." and with the personal identification information of "E.H."

11. On February 13, 2007, with the approval of the in store Pacific Sun Wear credit card, Leticia Pitts, purchased approximately $980.04 worth of merchandise and a "PacSun" gift card, with the intent to defraud "E.H.," Pacific Sun Wear, and

the WFNNB, in that the defendants and Leticia Pitts, intended to take the merchandise and gift card without paying for the items.

### WIRE COMMUNICATION

12.   On February 13, 2007, Leticia Pitts, with the knowledge and/or consent of the defendants, by making the materially false representations that she was "E.H.," and by applying for a Pacific Sun Wear in store credit card thereby knowingly caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, to wit, an extension of credit on an in store Pacific Sun Wear credit card issued by WFNNB, for the purpose of executing such scheme and artifice.

All in violation of Title 18, United States Code, Section 1343.

### COUNT 2:

The Grand Jury further charges that:

From November 2006, continuing to on or about February 13, 2007, in the District of Hawaii and elsewhere, the defendant:

### ROBERT HENGEL,

and Shane Dieghan who is not charged in this count, together with Marcus Mesina and Leticia Pitts, who are not named as defendants in this Indictment, during and in relation to the federal felony offense of wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count 1 of the Indictment, did

4

knowingly transfer, possess, and use, without lawful authority, a
means of identification of another person, to wit, the personal
identification information of "E.H."

All in violation of Title 18, United States Code,
Section 1028A.

COUNT 3:

The Grand Jury further charges that:

**BACKGROUND**

1.    Sears company which operates stores throughout the
United States, including one store which is located within the
Pearlridge Mall, in Honolulu, Hawaii.

2.    In 2007, Sears offered in store credit cards,
known as SearsCharge PLUS cards, to qualified applicants.

3.    These in store credit cards were issued by
Citibank N.A.

4.    When an applicant requested an in store
SearsCharge PLUS credit card, the applicant's relevant
information personal identification information was sent via wire
communication to a facility located in Phoenix, Arizona, where
the applicant's credit worthiness was evaluated.

5.    When an applicant was approved for an in store
SearsCharge PLUS credit card, approval is sent via wire
communication from the facility in Phoenix, Arizona, to the Sears
store where the application was made.

### SCHEME TO DEFRAUD

6.    From November 2006, continuing to on or about February 22, 2007, in the District of Hawaii and elsewhere, the defendants:

**ROBERT HENGEL, and
SHANE DIEGHAN,**

(hereinafter "the defendants") together with Marcus Mesina and Leticia Pitts, who are not named as defendants in this Indictment, and others known and unknown to the grand jury, did devise a scheme and artifice to defraud and obtain money and property by means of material false and fraudulent pretenses, representations and promises.

7.    On February 22, 2007, with the knowledge and/or consent of the defendants, Leticia Pitts, applied for an in store SearsCharge PLUS credit card under the name "D.C." and with the personal identification information of "D.C." at the Sears store located in Pearlridge Mall, Honolulu, Hawaii, in the District of Hawaii.

8.    Leticia Pitts, did not have permission or authorization from "D.C." to use the identity and the personal identification information of "D.C."

9.    The personal identification information of "D.C." was illegally acquired in November 2006, by ROBERT HENGEL and provided to Marcus Mesina and SHANE DIEGHAN, who then shared the information with Leticia Pitts.

10.  On February 22, 2007, the Citigroup, on behalf of Citibank, N.A., approved the in store SearsCharge PLUS extension of credit to Leticia Pitts, under the name "D.C." and with the personal identification of "D.C."

11.  On February 22, 2007, with the approval of the in store SearsCharge PLUS credit card, Leticia Pitts, purchased approximately $761.77 worth of merchandise and a "Sears" gift card, with the intent to defraud "D.C.," Sears, and the Citibank, N.A., in that the defendants and Leticia Pitts, intended to take the merchandise and gift card without paying for the items.

### WIRE COMMUNICATION

12.  On February 22, 2007, Leticia Pitts, with the knowledge and/or consent of the defendants, by making the materially false representations that she was "D.C.," and by applying for a SearsCharge PLUS in store credit card thereby knowingly caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, to wit, an extension of credit on an in store SearsCharge PLUS credit card issued by Citibank, N.A., for the purpose of executing such scheme and artifice.

All in violation of Title 18, United States Code, Section 1343.

<u>COUNT 4</u>:

The Grand Jury further charges that:

From November 2006, continuing to on or about February 22, 2007, in the District of Hawaii and elsewhere, the defendant:

**ROBERT HENGEL**

and Shane Dieghan, who is not charged in this count, together with Marcus Mesina and Leticia Pitts, who are not named as defendants in this Indictment, during and in relation to the federal felony offense of wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count 3 of the Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the personal identification information of "D.C."

All in violation of Title 18, United States Code, Section 1028A.

//
//
//
//
//
//
//
//
//

8

DATED:   November 3   , 2011 at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Chief, Drug and Organized Crime
Section

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Robert Hengel, et al.
"Indictment"
Cr. No. 11-