IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 11-01018 SOM |
| ) | |
| Plaintiff, ) | ORDER DENYING WITHOUT |
| ) | PREJUDICE APPLICATION TO |
| vs. ) | APPEAR PRO HAC VICE |
| ) | |
| ROBERT HENGEL (1); SHANE ) | |
| DIEGHAN (2), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER DENYING WITHOUT PREJUDICE
APPLICATION TO APPEAR PRO HAC VICE

On December 7, 2011, Keith Hampton submitted an Application to Appear Pro Hac Vice ("Application"). The Court finds that the Application fails to satisfy the requirements set forth in Rule 83.1(e) of the Local Rules of Practice of the United States District Court for the District of Hawaii.  Specifically, Mr. Hampton has not included the written consent of local counsel. Local Rule 83.1(e)(5) ("The application shall include the address, telephone number, and written consent of such associate counsel.").  Accordingly, the Court DENIES the Application without prejudice.  Mr. Hampton

may correct the foregoing deficiency and resubmit the Application to the Court.

  IT IS SO ORDERED.

  Dated:  Honolulu, Hawaii, December 20, 2011.



          _____
          Kevin S.C. Chang
          United States Magistrate Judge

CR. NO. 11-01018 SOM; <u>USA V. HENGEL, ET AL.</u>; ORDER DENYING WITHOUT PREJUDICE APPLICATION TO APPEAR PRO HAC VICE