IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | | (,) | CR. NO. 11-01018SOM |
|---|---|---|---|
| Plaintiff, | | (,) | |
| vs. | | (,) | INDICTMENT |
| ROBERT HENGEL, and | (01) | (,) | [Title 18 U.S.C. §§ 1028A |
| SHANE DIEGHAN | (02) | (,) | and 1343] |
| Defendant. | | (,) | |

**DEFENDANT'S REQUEST FOR DISCLOSURE OF OPINION WITNESSES
AND MEMORANDUM OF LAW IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Robert Hengel, by and through his undersigned counsel, and moves this Court, pursuant to Rules 16(a)(1)(G) and (b)(1)(C) of the Federal Rules of Criminal Procedure, to order disclosure of the Government's intent to rely on expert or opinion testimony.

I.

Defendant specifically requests that the Government provide a written summary of testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary should describe the witnesses' opinions, to include the factual basis supporting each opinion and all reasons advanced by the witness for formulating such an opinion. A statement of each witnesses' qualifications should be attached..

II.

Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure provides that upon a request by the Defendant the government must, in advance of trial, disclose to the defense a written summary of the testimony of all witnesses whose testimony will be admissible pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, i.e. opinion or expert testimony. The government's disclosure must include the witnesses' opinions, the basis for each opinion and the reasons therefore, as well as the witnesses' qualifications to render such an opinion.

III.

Defendant also requests that the Court order the government to disclose to the Court *in camera* any of the requested information that the government has determined to be exempt from disclosure for some reason, and that the Court thereafter review this information and rule on the validity of the government's claim of exemption. *See* FED. R. CRIM. P. 16(a)(2).

IV.

Defendant is aware that making this request triggers reciprocal discovery requirements, and Defendant is prepared to comply. FED. R. CRIM. P. 16(b)(1)(C).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court order the Government to produce all of the above materials.

Respectfully submitted.

KEITH S. HAMPTON


*/s/ Keith S. Hampton*
KEITH S. HAMPTON
1103 Nueces St.
Austin, Texas 78701
(512) 476-8484
(512) 477-3580 (FAX)
Bar Number: Texas 08873230


*/s/ Thomas Otake*
THOMAS OTAKE
345 Queen Street, Ste 600
Honolulu, HI 96813
(808) 523-3325
(808) 599-1645
Bar Number:  Hawaii 007622


*Attorneys for Robert Hengel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Chris A. Thomas  
Assistant U.S. Attorney  
Room 6-100, PJKK Federal Building  
300 Ala Moana Boulevard  
Honolulu, Hawaii 96850

<em>/s/ Keith S. Hampton</em><br>
KEITH S. HAMPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | | (,) | CR. NO. 11-01018SOM |
|---|---|---|---|
| Plaintiff, | | (,) | |
| vs. | | (,) | INDICTMENT |
| ROBERT HENGEL, and | (01) | (,) | [Title 18 U.S.C. §§ 1028A |
| SHANE DIEGHAN | (02) | (,) | and 1343] |
| Defendant. | | (,) | |

**O R D E R**

On this day there came before the Court for consideration Defendant's Request for Disclosure of Opinion Witnesses and Memorandum in Support. The Court is of the opinion that this motion is well founded and it is therefore

ORDERED that the government disclose to defense on or before _____, 2012, a written summary of all testimony that the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary will describe the witnesses' opinions, to include the factual basis supporting each opinion and all reasons advanced by the witness for formulating such an opinion. A statement of each witnesses' qualifications to render such opinions will be attached.

IT IS FURTHER ORDERED that the government provide the Court with similar written disclosures for any information requested in Defendant's motion that the government asserts is protected by any privilege or exemption from pretrial disclosure pursuant to FED.R.CRIM.P.16. The government will provide the Court with this information on or before _____, 2012. Should there be no such information, the government will so advise the Court.

SIGNED THIS _____ DAY OF _____, 2012.

_____
UNITED STATES DISTRICT JUDGE