IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | (,) | CR. NO. 11-01018SOM |
|---|---|---|
| Plaintiff, | (,) | |
| vs. | (,) | INDICTMENT |
| ROBERT HENGEL, and (01) | (,) | [Title 18 U.S.C. §§ 1028A |
| SHANE DIEGHAN (02) | (,) | and 1343] |
| Defendant. | (,) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, by and through the undersigned attorney, and moves the Court for an extension of time within which to file additional pre-trial motions.

1. **Additional Time to File Pre-Trial Motions is Needed and Appropriate**. Defendant has not received full discovery and needs additional time to complete discovery and determine what if any additional motions are appropriate.

2. **Reasonable Extension Requested**. Defendant requests that the Court extend the deadline for filing motions for at least 2 weeks. Should additional extensions prove necessary, the defense will file an additional request and provide an appropriate justification.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Court extend the time for filing pre-trial motions and such other relief as Defendant may be entitled to receive.

Respectfully submitted.

*/s/ Keith S. Hampton*
KEITH S. HAMPTON
1103 Nueces St.
Austin, Texas 78701
(512) 476-8484
(512) 477-3580 (FAX)
Bar Number: Texas 08873230


*/s/ Thomas Otake*
THOMAS OTAKE
345 Queen Street, Ste 600
Honolulu, HI 96813
(808) 523-3325
(808) 599-1645
Bar Number: Hawaii 007622


*Attorneys for Robert Hengel*


# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Chris A. Thomas
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


*/s/ Keith S. Hampton*
KEITH S. HAMPTON

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | (,) | CR. NO. 11-01018SOM |
| Plaintiff, | (,) (,) | |
| vs. | (,) (,) | INDICTMENT |
| ROBERT HENGEL, and (01) SHANE DIEGHAN (02) | (,) (,) (,) | [Title 18 U.S.C. §§ 1028A and 1343] |
| Defendant. | (,) (,) | |

## O R D E R

On the _____ day of _____, 2012, there came before the Court Defendant's Motion for Leave to File Additional Motions. The Court is of the opinion that this motion has merit and it is therefore GRANTED.

All motions must be filed on or before the _____ day of _____, 2012.

SIGNED THIS _____ DAY OF _____, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE