IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | (,) | CR. NO. 11-01018SOM |
| | (,) | |
| Plaintiff, | (,) | |
| | (,) | |
| vs. | (,) | INDICTMENT |
| | (,) | |
| ROBERT HENGEL, and    (01) | (,) | [Title 18 U.S.C. §§ 1028A |
| SHANE DIEGHAN         (02) | (,) | and 1343] |
| | (,) | |
| Defendant. | (,) | |

**DEFENDANT ROBERT HENGEL'S
MOTION FOR PRETRIAL
NOTICE OF OTHER CRIMES, WRONGS, OR ACTS
AND INCORPORATED MEMORANDUM IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Robert Hengel, by and through his undersigned attorney, and files

this Request For Pretrial Notice of Other Crimes, Wrongs, or Acts, seeking notice of any evidence of

other crimes, wrongs, or acts of the Defendant prior to trial of this case.

I

If the Government is aware that evidence of other crimes, wrongs, or acts of the Defendant exists

and believes that any of this evidence arguably meets the threshold requirements for admissibility under

Federal Rule of Evidence 404(b), Defendant hereby makes formal request for reasonable notice in

advance of trial of the general nature of any such evidence that the government intends to introduce at

trial.

II

Federal Rule of Evidence 404(b), provides:

**Other Crimes, Wrongs, or Acts**.  Evidence of other crimes, wrongs, or acts is not

admissible to prove the character of a person in order to show action in conformity

therewith.  It may, however, be admissible for other purposes, such as proof of motive,

opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or

accident, provided that upon request by the accused, the prosecution in a criminal case

shall provide reasonable notice in advance of trial, or during trial if the court excuses

pretrial notice on good cause shown, of the general nature of any such evidence it

intends to introduce at trial.

Rule 404(b) evidence, when introduced against a defendant in trial, is particularly prejudicial, thus an

error in admission or the inadvertent exposure of the jury to such evidence will likely result in a

prejudicial error.  Such evidence, therefore, is best handled by conducting a hearing on admissibility

prior to trial.  In addition to the notice requirements of Rule 404(b), Federal Rule of Criminal

Procedures 12(d), requires that the Government provide the Defendant specific pretrial notice of its

intention to use evidence so as to afford the defense an adequate opportunity to file objections.

WHEREFORE, premises considered, Defendant requests that the Court order the Government to

provide reasonable pretrial notice to Defendant of any purported crimes, wrongs, or acts of the

Defendant.

Respectfully submitted.


/s/ Keith S. Hampton
KEITH S. HAMPTON
1103 Nueces St.
Austin, Texas 78701
(512) 476-8484
(512) 477-3580 (FAX)
Bar Number: Texas 08873230



/s/ Thomas Otake
THOMAS OTAKE
345 Queen Street, Ste 600
Honolulu, HI 96813
(808) 523-3325
(808) 599-1645
Bar Number: Hawaii 007622


*Attorneys for Robert Hengel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2012, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Chris A. Thomas
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


*/s/ Keith S. Hampton*
KEITH S. HAMPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | (,) | CR. NO. 11-01018SOM |
| | (,) | |
| Plaintiff, | (,) | |
| | (,) | |
| vs. | (,) | INDICTMENT |
| | (,) | |
| ROBERT HENGEL, and  (01) | (,) | [Title 18 U.S.C. §§ 1028A |
| SHANE DIEGHAN  (02) | (,) | and 1343] |
| | (,) | |
| Defendant. | (,) | |

**O R D E R**

On this date came on to be considered the Defendant's Request seeking pretrial notice seeking of any evidence of other crimes, wrongs, or acts which the government intends to introduce at trial and the Court after having considered same, is of the opinion that said request should be GRANTED.  It is therefore

ORDERED that the government shall provide to the defendant and his counsel within 10 days of this order notice of any and all other crimes, wrongs, or acts of the Defendant.

SIGNED this _____ day of _____, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE